[No. 35169-9-I.   Division One.   May 1, 1995.]

*In the Matter of the Marriage of* JULIE ARVEY, *Appellant, and* RICHARD ARVEY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 90-3-03093-1, James D. McCutcheon, Jr., J., entered August 19, 1994. *Reversed* and *remanded* by unpublished opinion per Agid, J., concurred in by Baker, C.J., and Pekelis, J. Pro Tem.

[No. 33682-7-I.   Division One.   May 1, 1995.]

PETER C. ALBERT, ET AL, *Respondents*, v. MORRIS PIHA MANAGEMENT GROUP, INC., ET AL, *Defendants*, THE STATE OF WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-2-00353-6, David A. Nichols, J., entered August 27, 1993. *Reversed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Webster, J.

[No. 34295-9-I.   Division One.   May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE D. SLACK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-8-05997-5, J. Kathleen Learned, J., entered February 4, 1994. *Reversed* and *dismissed* by unpublished opinion per Agid, J., concurred in by Cox, J., and Alsdorf, J. Pro Tem.